ORIGINAL



FILED

11/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0574

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0574

JULIETTE R. ANGELO,

      Petitioner and Appellee,

v.

KELLY A. ALLEN,

      Respondent and Appellant.

O R D E R

FILED

NOV 2 5 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Self-represented Appellant Kelly A. Allen has filed a motion for extension of time to file the opening brief. As grounds, Kelly states that she has not received the copies of the transcript to review. The opening brief is presently due on November 29, 2024.

Kelly appeals an August 28, 2024 Order issued in the Thirteenth Judicial District Court, Yellowstone County, where the court affirmed the Municipal Court's Order of Protection. According to the electronic record on file with this Court, the District Court set a briefing schedule for argument in the matter. *See* U. M. C. R. App. 2. The District Court held no hearing, and thus, there is no transcript. The District Court only refers to its review of the audio recording from the Municipal Court in its final Order. Therefore,

IT IS ORDERED that Kelly's Motion for Extension of Time is GRANTED and that Kelly shall prepare, file, and serve the opening brief on or before Monday, December 30, 2024. Failure to file the opening brief may result in dismissal of this appeal and without further notice.

The Clerk is directed to provide a copy to all parties.

DATED this 25 day of November, 2024.

For the Court,

By _____

Chief Justice